[689 NYS2d 100]

In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A, Respondents. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, May 6, 1999

### APPEARANCES OF COUNSEL

*Thomas J. Cahill* for petitioner.

No appearances for respondents.

### OPINION OF THE COURT

Per Curiam.

Section 468-a of the Judiciary Law requires every resident and nonresident attorney admitted to practice in the State of New York to file a biennial registration statement with the administrative office of the courts. A biennial registration fee must be paid at the time the statement is filed. This registration statement, which is mailed every two years by the Office of Court Administration to every attorney so admitted, must be timely filed and the fee paid regardless of whether the at-

torney is actually engaged in the practice of law in New York or elsewhere. Attorneys who certify to the Chief Administrator of the Courts that they have retired from the practice of law are exempt from paying the registration fee at the time the statement is filed. Subdivision (5) of the statute provides further that "[n]oncompliance by an attorney with the provisions of this section and the rules promulgated hereunder shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division of the supreme court for disciplinary action."

Pursuant to this provision, petitioner Departmental Disciplinary Committee seeks an order suspending from the practice of law certain attorneys who are in violation of the statute, in that they have failed to file the registration statement and pay the registration fee for one or more registration periods after due notification. This Court has previously held that failure to register, or reregister, and pay the biennial registration fee is professional misconduct warranting discipline (*see, Matter of Horoshko*, 218 AD2d 339, 341). By orders entered April 24, 1997 (230 AD2d 366), February 3, 1998 (240 AD2d 106) and September 17, 1998 (247 AD2d 158) this Court granted similar motions and suspended those attorneys whose names were enumerated on an attached schedule for such failure to register, or re-register, and pay the registration fee.

The attorneys in question have received notification of their noncompliance in the following manner. The Office of Court Administration mailed each of the defaulting attorneys two notices to their last known business address and one notice to their last known home address. Attorneys who remained in default following these three notices were referred to the Departmental Disciplinary Committee, which mailed a notice of an imminent suspension motion to the last known business address of the subject attorney. Pursuant to the order of this Court dated November 25, 1998 (M-7578), which provided for service of the suspension motion by publication in the New York Law Journal for five consecutive days, a list of the defaulting attorneys along with their last known business addresses was so published commencing January 4, 1999. Following publication, the motion was called in open court on January 25, 1999. Those attorneys who remain in noncompliance with Judiciary Law § 468-a despite the notification and motion process described are the subject of petitioner's motion for suspension.

Accordingly, due to the continued failure to comply with the statute, petitioner's motion to suspend such attorneys shall be

granted to the extent of suspending those attorneys whose names are enumerated in the attached schedule from the practice of law in the State of New York, effective 30 days from the date of this order, until further order of this Court.

ELLERIN, P. J., NARDELLI, WILLIAMS, MAZZARELLI and SAXE, JJ., concur.

Petitioner's application granted to the extent of suspending from the practice of law in the State of New York those attorneys whose names are enumerated in the schedule attached to the opinion Per Curiam, effective June 7, 1999, and until the further order of this Court, as indicated. [As amended by unpublished orders entered May 27, June 10, 17, 22, July 1, 15, 22, 29, Aug. 5, Sept. 2, 16, 23, Oct. 12, Dec. 7, 21, 1999, Jan. 4 and 20, 2000.]

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Paavola, Lance Gordon | RD 2, Box 182 Tyler Hollow Road Spencer, NY 14883 | 6-28-78 | 1 |
| Paduano, James Anthony | One Rockefeller Plaza New York, NY 10020 | 1968 | 2 |
| Pahura, James Michael | Legal Aid Society 1020 Grand Concourse Bronx, NY 10451 | 10-6-75 | 1 |
| Pailet, Bruce Stuart | Reid & Priest 40 West 57th Street New York, NY 10019 | 1986 | 2 |
| Palazzo, Marc A. | Hill Betts & Nash 1 World Trade Center Suite 5215 New York, NY 10048 | 7-8-85 | 1 |
| Paluch, Ann Marie | Chemical Bank 380 Madison Avenue 9th Floor New York, NY 10017 | 1983 | 4 |
| Palwick, Alan | 305 West End Avenue New York, NY 10023 | 1951 | 2 |
| Pam, Hope Mara | Weil Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 1993 | 2 |
| Panzer, Alan Joel | Taub & Carmel, Inc. 33 Rector Street 11th Floor New York, NY 10006 | 4-13-70 | 1 |
| Paoli, Maria Dolores | Northern Spring Co., Inc. 80 Wall Street Mezzanine Floor New York, NY 10005 | 4-15-85 | 1 |
| Pardo, Monica C. | 324 West 20th Street New York, NY 10011 | 4-14-86 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Paris, Michael F. | Harlem Legal Services, Inc. 144 West 125th Street 3rd Floor New York, NY 10027 | 5-23-88 | 1 |
| Pariser, Michael | Matthew Bender & Co., Inc. 11 Penn Plaza New York, NY 10001 | 1981 | 2 |
| Parker, Catherine T. | Keenan Powers & Andrews 130 Cedar Street New York, NY 10006 | 1991 | 2 |
| Parker, Jeffrey Miles | 247 East 52nd Steet New York, NY 10022 | 1975 | 2 |
| Parker, Kimmberley Louise | 765 Amsterdam Avenue New York, NY 10025 | 6-13-88 | 1 |
| Parks, Kevin | Nims Howes Collison & Isner 500 Fifth Avenue New York, NY 10110 | 3-4-85 | 1 |
| Patashny, Gary M. | 315 West 23rd Street Apt. 7C New York, NY 10011 | 6-2-86 | 1 |
| Paul, William R. | Schulte & McGoldrick 460 Park Avenue New York, NY 10022 | 2-20-74 | 1 |
| Peacock, Thomas Philip | New York City Law Department Office of the Corporation Counsel 100 Church Street New York, NY 10007 | 12-7-59 | 1 |
| Pearl, Howard L. | Berel Navarra & Mullen, P. C. 19 East 9th Street New York, NY 10003 | 1973 | 2 |
| Pearl, Melissa | 752 West End Avenue #20A New York, NY 10025 | 4-28-92 | 1 |
| Peck, Robert S. | The Campaign Company 175 Fifth Avenue Ste. 1101 New York, NY 10010 | 5-21-79 | 1 |
| Pellman, Stuart Morton | Slade & Pellman 850 Third Avenue NewYork, NY 10022 | 1965 | 2 |
| Pellowski, Kathleen | Major Leage Baseball International Partners 1633 Broadway, 27th Floor New York, NY 10019 | 1986 | 3 |
| Pender, Susan G. | RKO General, Inc. 1440 Broadway New York, NY 10018 | 2-22-83 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Pensock, Pamela J. | Jackson Lewis Schnitzer & Krupman 261 Madison Avenue New York, NY | 1986 | 2 |
| Pereira, Maytee | U. S. Court of Intl. Trade 1 Federal Plaza New York, NY 10007 | 2-7-90 | 1 |
| Perez, Ignacio | c/o Schneyer & Shen 250 West 100th Street 13th Floor New York, NY 10025 | 4-7-80 | 1 |
| Perkins, John Henry | Dewey Ballatine Bushby 101 Park Avenue New York, NY 10178 | 1953 | 2 |
| Perlis, Noah | 733 Third Avenue Suite 1900 New York, NY 10017 | 6-14-76 | 1 |
| Perlman, Laura Saskin | 385 Old Rock Road Branford, CT 06405 | 8-7-89 | 1 |
| Perraglia, James William | Coopers & Lybrand 1301 Avenue of the Americas New York, NY 10019 | 1987 | 2 |
| Perren, Rosemarie V. | Wilson Elser Moskowitz Edelman & Dicker 150 East 42nd Street New York, NY 10017 | 3-4-91 | 1 |
| Perrone, Patrick Joseph | District Attorney County of New York 1 Hogan Place New York, NY 10013 | 1989 | 3 |
| Perry, Timothy Whipple | Booth Bay 1372 Broadway New York, NY 10018 | 1988 | 3 |
| Perryman, David Green | Cooper & Dunham 30 Rockefeller Plaza New York, NY 10112 | 11-2-87 | 1 |
| Peters, Anne Elizabeth | Morgan Lewis & Bockius 9 West 57th Street New York, NY 10019 | 3-1-82 | 1 |
| Peters, Kurt David | Gaston & Snow 666 Fifth Avenue New York, NY 10103 | 6-17-85 | 1 |
| Petkun, Richard Michael | Trubin Sillcocks Edelman 375 Park Avenue New York, NY 10022 | 10-7-74 | 1 |
| Petraglia, John F. | 29 Broadview Avenue Kings Park, NY 11754 | 3-19-58 | 1 |
| Phillips, Joseph A. | 217 Broadway Suite 501 New York, NY 10007 | 1959 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Phillips, Suzanne Randy | Jones Hirsch Kalman & Bloom 405 Lexington Avenue New York, NY 10017 | 1978 | 2 |
| Pickens, Peter Todd | 175 West 85th Street 3D New York, NY 10024 | 12-4-89 | 1 |
| Picket, Rona J. | Stroock & Stroock & Lavan 7 Hanover Square New York, NY 10004 | 12-4-89 | 1 |
| Pierce, Lawrence E. | Fisher Fallon Salerno & Betlesky 545 Madison Avenue New York, NY 10022 | 1964 | 2 |
| Pierce, Robert N. | Skadden Arps Slate Meagher & Flom, L. L. P. 919 Third Avenue New York, NY 10022 | 6-18-90 | 1 |
| Pierre, Alex Hugues | 139 East 35th Street Apt. 11A New York, NY 10016 | 6-10-91 | 1 |
| Pilch, Raymond R. | Jacoby & Meyers 1457 Broadway New York, NY 10036 | 1981 | 3 |
| Piliero, Richard Joseph | Morgan Stanley & Co., Inc. 1251 Avenue of the Americas New York, NY 10020 | 1965 | 2 |
| Pillot, Jonathan | 121 Greene Street Third Floor New York, NY 10012 | 2-8-82 | 1 |
| Pinto, Peter John | First Boston Corporation 55 East 52nd Street 6th Floor New York, NY | 4-20-93 | 1 |
| Pizzolla, Jr., Michael J. | Milbank Tweed Hadley & McCloy One Chase Manhattan Plaza New York, NY 10005 | 2-25-80 | 1 |
| Plexico, Philip Spratt | Blyth Eastman Dillon & Co., Inc. 80 Pine Street New York, NY 10005 | 6-23-59 | 1 |
| Plimpton, Frank Sawtell | Milbank Tweed Hadley & McCloy 1 Chase Manhattan Plaza New York, NY 10005 | 1982 | 3 |
| Ploscowe, Andrea Dawn | Milgrim Thomajan & Lee, P. C. 53 Wall Street New York, NY 10005 | 1-14-91 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|---------------------|---------------------|-------|
| Plotkin, Gary M. | Brown, Wood, Ivey, Mitchell & Peity 1 World Trade Center, 58th Floor New York, NY 10022 | 2-28-83 | 1 |
| Plum, Leo A. | Union Carbide Corporation 270 Park Avenue New York, NY 10017 | 1958 | 2 |
| Plunket, Casey Michael Vaughan | Davis Polk & Wardwell 1 Chase Manhattan Plaza New York, NY 10005 | 6-5-89 | 1 |
| Podurgiel, Stephen George | Chase Manhattan Bank 1 Chase Manhattan Plaza New York, NY 10081 | 6-28-65 | 1 |
| Pohl, Karen Ruth | Davis Polk & Wardwell 1 Chase Manhattan Plaza New York, NY 10005 | 2-25-80 | 1 |
| Polier, Arthur | 120 Wall Street New York, NY 10005 | 6-29-53 | 1 |
| Polischuk, Christina | 128 Putnam Park Greenwich, CT 06830 | 4-6-81 | 1 |
| Poliseno, Joyce Anne | 60 East 12th Street #9C New York, NY 10003 | 8-22-89 | 1 |
| Polk, Jonathan M. | Sony Music 51 West 52nd Street New York, NY 10019 | 3-24-86 | 1 |
| Pollack, Beth Lubin | Kucker Kraus & Bruh 36 West 44th Street New York, NY 10036 | 4-11-83 | 1 |
| Pollock, Kenneth Brian | Cole & Deitz 175 Water Street New York, NY 10038 | 4-11-88 | 1 |
| Porter, III, Edward Winslow | Curtis Morris & Safford, P. C. 530 Fifth Avenue New York, NY 10036 | 4-14-75 | 1 |
| Porter, Patricia A. | 652 West 163rd Street New York, NY 10032 | 10-7-74 | 1 |
| Poster, Kim I. | Law Office of Peter A. Herbert 99 Wall Street 18th Floor New York, NY 10005 | 3-2-87 | 1 |
| Potkul, David J. | 6622 Midhill Place Falls Church, VA 22043 | 5-2-89 | 1 |
| Potter, Leonard A. | Morgan Lewis & Brockius 101 Park Avenue New York, NY 10178 | 5-4-87 | 1 |
| Potterfield, Amanda | Village Station Box 384 New York, NY 10014 | 1-31-77 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Potts, Laura K. | Richards & O'Neil 885 Third Avenue New York, NY 10022 | 5-4-87 | 1 |
| Powell, Elizabeth Ann | Winston & Strawn, Cole & Deitz 175 Water Street, 10th Floor New York, NY 10038 | 2-6-89 | 1 |
| Powell, Jr., Marvin | Dewey Ballantine Bushby Palmer & Wood 140 Broadway New York, NY 10005 | 1991 | 2 |
| Power, John Gilbert | Brown & Wood One World Trade Center New York, NY 10048 | 1993 | 2 |
| Prendergast, Carol | 145 East 27th Street New York, NY 10016 | 7-7-80 | 1 |
| Pressman, Sheldon Bruce | A. Broadus Anderson, III, P. C. The Mercantile Exchange Building 6 Harrison Street, 4th Floor New York, NY 10013 | 1987 | 4 |
| Prinz, Gerhard Matthias | Mudge Rose Guthrie Alexander & Ferndon 180 Maiden Lane New York, NY 10038 | 2-3-86 | 1 |
| Prisk, Simon Howard | 548 Riverside Drive #3C New York, NY 10027 | 1-11-93 | 1 |
| Pritchard, Emmett Haines | 184 Carlton Avenue #1 Brooklyn, NY 11205 | 3-1-76 | 1 |
| Proscia, Martin J. | 1 Astor Place New York, NY 10003 | 2-22-71 | 1 |
| Pruitt, James Michael | 636 Washington Street #4B New York, NY 10014 | 8-12-80 | 1 |
| Pugh V, William Henry | NY County District Attorney's Office One Hogan Place New York, NY 10013 | 1987 | 2 |
| Purisima, Ruben Ocampo | 488 Madison Avenue Suite 1100 New York, NY 10022 | 1992 | 3 |
| Puro, Nicholas Joseph | Kieffer & Hahn 111 John Street New York, NY 10038 | 1-17-83 | 1 |
| Purvis, Peter Duncan | 325 Broadway Suite 303 New York, NY 10007 | 6-27-56 | 1 |
| Pusey, Mark E. | Lord Day & Lord Barrett Smith 1675 Broadway New York, NY 10019 | 8-27-90 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Quackenbos, Carol D. | Lord Day & Lord Barrett Smith<br>1675 Broadway<br>New York, NY 10019 | 11-4-85 | 1 |
| Quasha, Alan Grant | Quasha Wessely & Schneider<br>689 Fifth Avenue<br>New York, NY 10022 | 3-14-77 | 1 |
| Quesada, Peter W. | Davis Polk & Wardwell<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | 5-4-81 | 1 |
| Quigley, Jr., John J. | Asian Consultants<br>221 Canal Street<br>Room 306<br>New York, NY 10013 | 12-3-56 | 1 |
| Quinn, Robert Thomas | c/o Tannenbaum Dubin<br>& Robinson<br>521 Fifth Avenue<br>New York, NY 10175 | 1972 | 2 |
| Raab, Ronald | Israelson Manning<br>& Raab<br>60 East 42nd Street<br>New York, NY 10165 | 1970 | 2 |
| Rabin, Sander Marc | Solin & Breindel<br>530 Fifth Avenue<br>New York, NY 10036 | 2-10-75 | 1 |
| Rabinowitz, Bruce | 55 West 89th Street<br>Apartment 1F<br>New York, NY 10024 | 9-24-90 | 1 |
| Rafic, Moshe | One University Place<br>Apartment 20-P<br>New York, NY 10003 | 4-15-91 | 1 |
| Rafizadeh, Lida | Whitman & Ransom<br>200 Park Avenue<br>New York, NY 10166 | 6-1-87 | 1 |
| Ragonetti, Philip Adam | Skadden, Arps, Slate,<br>Meagher & Flom, L. L. P.<br>919 Third Avenue<br>New York, NY 10022 | 3-22-93 | 1 |
| Ram, Eric David | 275 West 96th Street<br>Apartment 26E<br>New York, NY 10025 | 2-5-79 | 1 |
| Ramage, Elizabeth Katherine | 1203 Portner Road<br>Alexandria, VA 22314 | 7-25-88 | 1 |
| Ramundo, Clifford J. | Contillo & Ramundo<br>11 Stone Street<br>New York, NY 10004 | 1981 | 3 |
| Randall, John Robert | BLS Legal Services Corp.<br>Senior Citizen Law Office<br>299 Broadway, Suite 615<br>New York, NY 10007 | 1990 | 2 |
| Raskin, Jerome S. | Dover Management Corp.<br>200 East 42nd Street<br>New York, NY 10017 | 1949 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Rasmussen, Mary Ann Hansen | Brown & Wood One World Trade Center New York, NY 10048 | 6-20-83 | 1 |
| Rasmussen, Wagner | 10 Bleeker Street #6A New York, NY 10012 | 3-26-90 | 1 |
| Ray, Patricia | Weil Gotshal & Manges 767 5th Avenue New York, NY 10153 | 1-22-90 | 1 |
| Redding, Rebecca A. | 359 East 62nd Street #2F New York, NY 10021 | 5-7-84 | 1 |
| Reddy, Ellen E. | Lichtenberg & Goss, P. C. 1370 Avenue of the Americas 25th Floor New York, NY 10019 | 5-5-86 | 1 |
| Redlich, Edward G. | 8741 Shurham Drive Apartment 17 West Hollywood, CA 90069 | 8-26-85 | 1 |
| Redlitz, Gregory Vaughn | 1441 Montgomery Street 4A San Francisco, CA 94133 | 6-16-80 | 1 |
| Reeves, Stanley Howard | Rosenman & Colin 575 Madison Avenue New York, NY 10021 | 3-5-84 | 1 |
| Reff, Eric Stuart | Solin & Breindel, P. C. 501 5th Avenue New York, NY 10017 | 1987 | 2 |
| Reich, Ronald Stephen | 37 West 72nd Street New York, NY 10023 | 2-22-71 | 1 |
| Reid, Laurie | The Rubber Stamp Advocate Co. 51 McDougal Street Suite #194 New York, NY 10012 | 10-21-91 | 1 |
| Reid, Stewart Mills | Jacobson Freeman & Viscomi 153 East 53rd Street New York, NY 10022 | 3-1-76 | 1 |
| Reider, Bruce M. | Bronx District Attorney's Office 215 East 161st Street Bronx, NY 10451 | 2-29-88 | 1 |
| Reilly, Christine Lynn | Perry & Windels 80 Broad Street New York, NY 10004 | 1992 | 2 |
| Reilly, Elsie Marie | 455 West 24th Street New York, NY 10011 | 6-29-53 | 1 |
| Reisch, Henry Kevin | William Morris Agency, Inc. 1350 Avenue of the Americas New York, NY 10019 | 1984 | 2 |
| Rendell, Robert S. | 44 Holly Place Larchmont, NY 10538 | 12-13-65 | 1 |
| Renkoff, Franklin D. | 40 Fifth Avenue New York, NY 10011 | 6-30-72 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Reperowitz, Deborah A. | Blum & Henin<br>780 Third Avenue<br>45th Floor<br>New York, NY 10017 | 7-27-87 | 1 |
| Repetto, David Edward | Wagner, Davis & Gold, P. C.<br>99 Madison Avenue<br>New York, NY 10016 | 7-26-93 | 1 |
| Resnick, David L. | Merrill Lynch Capital Markets<br>World Financial Center<br>North Tower<br>250 Vesey Street<br>New York, NY 10281 | 9-29-86 | 1 |
| Rethy, Susan Joy | NYC Dept. of Environmental Protection<br>#1 Center Street, Room 2454<br>New York, NY 10007 | 3-25-85 | 1 |
| Reuter, Margaret Elizabeth | Schulte Roth & Zabel<br>900 Third Avenue<br>New York, NY 10022 | 1986 | 2 |
| Reynolds, William Bennet | Office of the Bronx District Attorney<br>215 East 161st Street<br>Bronx, NY | 7-11-88 | 1 |
| Rezmovits, Ernestina | 38 Acorn Pond Drive<br>Roslyn, NY 11576 | 12-3-84 | 1 |
| Rhodes, Elizabeth Wade | Coopers & Lybrand<br>1251 Avenue of the Americas<br>New York, NY 10020 | 1989 | 2 |
| Riback, Mitchell Allen | 29 West 34th Street<br>5th Floor<br>New York, NY 10001 | 6-20-83 | 1 |
| Richardson, John Morgan | Anderson Kill Olick & Oshinsky, P. C.<br>666 Third Avenue<br>New York, NY 10017 | 10-18-93 | 1 |
| Richmond, Stephanie R. | P.O. Box 8161<br>FDR Station<br>New York, NY 10150 | 1984 | 2 |
| | Donington, Karcher, Salmond<br>370 Morningstar Road<br>Staten Island, NY 10303 | 12-3-90 | 1 |
| | 1575 Unionport Road<br>Apartment 2A<br>Bronx, NY 10462 | 6-13-89 | 1 |
| | 246 West End Avenue<br>New York, NY 10023 | 8-25-86 | 1 |
| | 1215 Fifth Avenue<br>New York, NY 10029 | 2-23-81 | 1 |
| | dman & Mandell<br>reet<br>Y 10038 | 12-3-90 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Rizzo, James John | Prudential Bache Securities, Inc. 100 Gold Street New York, NY 10292 | 1-15-79 | 1 |
| Robb, Scott Hall | 515 Madison Avenue Suite 2100 New York, NY 10022 | 1970 | 2 |
| Roberts, Howard Topol | US Banknote Company 345 Hudson Street New York, NY 10014 | 1959 | 2 |
| Roberts, Janine Vallone | Wien Malkin & Bettex 60 East 42nd Street New York, NY 10165 | 1985 | 2 |
| Roberts, Mark Wilcox | Golenbock & Barell 645 Fifth Avenue New York, NY 10022 | 1-18-82 | 1 |
| Robertson, Norman M. | 535 Fifth Avenue Suite 710 New York, NY 10017 | 1-15-79 | 1 |
| Robinson, Marc Harris | 333 West End Avenue New York, NY 10023 | 5-4-81 | 1 |
| Rock, Randy Fredric | Drexel Burnham Lambert, Incorporated 60 Broad Street, 4th Floor New York, NY 10004 | 1978 | 2 |
| Rodgers, Jr., Clair Warren | General Instrument Corporation 767 5th Avenue New York, NY 10153 | 10-8-68 | 1 |
| Rodriguez, Carmen Elisa | Rogers & Wells 200 Park Avenue 52nd Floor New York, NY 10166 | 1990 | 2 |
| Rodriguez, Carol | Comerica, Incorporated 500 Woodward Avenue 33rd Floor/MC 3391 Detroit, MI 48226 | 1989 | 2 |
| Rodriguez, Louis | The Presbyterian Hospital in the City of New York 622 West 168th Street New York, NY 10032 | | |
| Roeder, John D. | 5 East 9th Street New York, NY 10003 | | |
| Roemer, Mary Theresa | City University of New York 535 East 80th Street R7 301 New York, NY 10021 | | |
| Rogosin, Harvey Mark | 8 East 96th Street New York, NY 10028 | | |
| Rogovich, Christine | Toberoff & Tessler 350 Fifth Avenue New York, NY 10118 | | |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Reperowitz, Deborah A. | Blum & Henin 780 Third Avenue 45th Floor New York, NY 10017 | 7-27-87 | 1 |
| Repetto, David Edward | Wagner, Davis & Gold, P. C. 99 Madison Avenue New York, NY 10016 | 7-26-93 | 1 |
| Resnick, David L. | Merrill Lynch Capital Markets World Financial Center North Tower 250 Vesey Street New York, NY 10281 | 9-29-86 | 1 |
| Rethy, Susan Joy | NYC Dept. of Environmental Protection #1 Center Street, Room 2454 New York, NY 10007 | 3-25-85 | 1 |
| Reuter, Margaret Elizabeth | Schulte Roth & Zabel 900 Third Avenue New York, NY 10022 | 1986 | 2 |
| Reynolds, William Bennet | Office of the Bronx District Attorney 215 East 161st Street Bronx, NY | 7-11-88 | 1 |
| Rezmovits, Ernestina | 38 Acorn Pond Drive Roslyn, NY 11576 | 12-3-84 | 1 |
| Rhodes, Elizabeth Wade | Coopers & Lybrand 1251 Avenue of the Americas New York, NY 10020 | 1989 | 2 |
| Riback, Mitchell Allen | 29 West 34th Street 5th Floor New York, NY 10001 | 6-20-83 | 1 |
| Richardson, John Morgan | Anderson Kill Olick & Oshinsky, P. C. 666 Third Avenue New York, NY 10017 | 10-18-93 | 1 |
| Richmond, Stephanie R. | P.O. Box 8161 FDR Station New York, NY 10150 | 1984 | 2 |
| Richter, Rosemary Barbara | Donington, Karcher, Salmond 370 Morningstar Road Staten Island, NY 10303 | 12-3-90 | 1 |
| Rigg, Trevor Mark Anthony | 1575 Unionport Road Apartment 2A Bronx, NY 10462 | 6-13-89 | 1 |
| Rindner, Marc William | 246 West End Avenue New York, NY 10023 | 8-25-86 | 1 |
| Rinzler, Carol E. | 1215 Fifth Avenue New York, NY 10029 | 2-23-81 | 1 |
| Ritholtz, Barry L. | McAloon Friedman & Mandell 116 John Street New York, NY 10038 | 12-3-90 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Rizzo, James John | Prudential Bache Securities, Inc. 100 Gold Street New York, NY 10292 | 1-15-79 | 1 |
| Robb, Scott Hall | 515 Madison Avenue Suite 2100 New York, NY 10022 | 1970 | 2 |
| Roberts, Howard Topol | US Banknote Company 345 Hudson Street New York, NY 10014 | 1959 | 2 |
| Roberts, Janine Vallone | Wien Malkin & Bettex 60 East 42nd Street New York, NY 10165 | 1985 | 2 |
| Roberts, Mark Wilcox | Golenbock & Barell 645 Fifth Avenue New York, NY 10022 | 1-18-82 | 1 |
| Robertson, Norman M. | 535 Fifth Avenue Suite 710 New York, NY 10017 | 1-15-79 | 1 |
| Robinson, Marc Harris | 333 West End Avenue New York, NY 10023 | 5-4-81 | 1 |
| Rock, Randy Fredric | Drexel Burnham Lambert, Incorporated 60 Broad Street, 4th Floor New York, NY 10004 | 1978 | 2 |
| Rodgers, Jr., Clair Warren | General Instrument Corporation 767 5th Avenue New York, NY 10153 | 10-8-68 | 1 |
| Rodriguez, Carmen Elisa | Rogers & Wells 200 Park Avenue 52nd Floor New York, NY 10166 | 1990 | 2 |
| Rodriguez, Carol | Comerica, Incorporated 500 Woodward Avenue 33rd Floor/MC 3391 Detroit, MI 48226 | 1989 | 3 |
| Rodriguez, Louis | The Presbyterian Hospital in the City of New York 622 West 168th Street New York, NY 10032 | 2-3-92 | 1 |
| Roeder, John D. | 5 East 9th Street New York, NY 10003 | 6-28-49 | 1 |
| Roemer, Mary Theresa | City University of New York 535 East 80th Street R7 301 New York, NY 10021 | 6-17-85 | 1 |
| Rogosin, Harvey Mark | 8 East 96th Street New York, NY 10028 | 12-23-68 | 1 |
| Rogovich, Christine | Toberoff & Tessler 350 Fifth Avenue New York, NY 10118 | 1985 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|-------------------|-------------------|-------|
| Rolle, Venola Mae | 1356 G Street S. E. Washington, DC 20003 | 4-10-90 | 1 |
| Romero, Anthony David | Rockefeller Foundation 1133 Avenue of the Americas New York, NY 10036 | 1992 | 2 |
| Ronnen, Ruth | Skadden Arps Slate Meagher & Flom, L. L. P. 919 Third Avenue New York, NY 10022 | 6-10-91 | 1 |
| Rosen, Jennifer Ann | Proskauer Rose Goetz & Mendelsohn 1585 Broadway 4th Floor, Room 420 New York, NY 10036 | 3-5-90 | 1 |
| Rosen, Lee Jonathan | Robinson Silverman Pearce Aronsohn & Berman 1290 Avenue of the Americas New York, NY 10104 | 6-2-86 | 1 |
| Rosen, Leonard Gary | Cravath Swaine & Moore 825 Eighth Avenue New York, NY 10019 | 3-2-87 | 1 |
| Rosen, Linda S. | Shereff Friedman Hoffman & Goodman 919 Third Avenue New York, NY 10022 | 6-2-86 | 1 |
| Rosen, Melvin | Rosen & Mintzer 5 East 57th Street New York, NY 10022 | 6-27-69 | 1 |
| Rosenbaum, Neil J. | 750 Lexington Avenue New York, NY 10022 | 1976 | 2 |
| Rosenbaum, Randall B. | Legal Aid Society 80 Lafayette New York, NY 10013 | 1992 | 2 |
| Rosenberg-Amir, Dana | 150 West 51st Street Apartment 815 New York, NY 10019 | 10-18-93 | 1 |
| Rosenblatt, Nathan D. | c/o Hyman Bravin 605 Third Avenue New York, NY 10158 | 6-27-51 | 1 |
| Rosenfeld, Gail C. | Orlow Fuller Rubin & Steel 551 Fifth Avenue, Suite 3314 New York, NY 10176 | 5-5-86 | 1 |
| Rosenman, Shep | Walter Conston Alexander & Green 90 Park Avenue New York, NY 10016 | 4-15-91 | 1 |
| Rosenstein, Howard A. | McDonough Marcus Cohn & Tretler 600 Third Avenue New York, NY 10016 | 1964 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Rosenthal, Susan E. | Shearman & Sterling 53 Wall Street New York, NY 10005 | 1985 | 3 |
| Rosenthall, Louis P. | 212 Fifth Avenue Suite 1312 New York, NY 10010 | 6-3-78 | 1 |
| Rosner, Haskell David | Boyle Midway, Inc. 685 Third Avenue New York, NY 10017 | 3-31-75 | 1 |
| Rossi, Faith Glickman | P.O. Box 509 Manchester, MA 01944 | 2-5-90 | 1 |
| Rossi, Nichole E. | Rivera & Muniz, P. C. 27 Union Square West Suite 306 New York, NY 10003 | 6-1-92 | 1 |
| Rotenberg, Gary Rufus | NY County District Attorney's Office 155 Leonard Street New York, NY 10013 | 1976 | 2 |
| Roth, David Adam | Wachtell Lipton Rosen & Katz 299 Park Avenue New York, NY 10171 | 1-11-93 | 1 |
| Roth, Glenn F. | Roth and Elkinson 10 Columbus Circle, Suite #2265 New York, NY 10019 | 1975 | 2 |
| Roth, Robin Ann | Whitman & Ransom 200 Park Avenue New York, NY 10166 | 9-28-87 | 1 |
| Roth, Susan Debra | Betty Owen Secretarial Systems, Inc. 915 Broadway, 3rd Floor New York, NY 10010 | 1989 | 2 |
| Rothman, Milton Irwin | 819 Madison Avenue New York, NY 10019 | 12-9-57 | 1 |
| Royal, Jr., William J. | Sage Gray Todd & Sims 140 Broadway New York, NY 10005 | 6-28-78 | 1 |
| Rubenstein, Eric Craig | Baker & McKenzie 805 Third Avenue 29th Floor New York, NY 10022 | 3-1-82 | 1 |
| Rubeo, Allen Thomas | 145 East 16th Street 6C New York, NY 10003 | 1974 | 2 |
| Rubin, Bruce Jay | Shearson Lehman Brothers, Inc. 388 Greenwich Street New York, NY 10013 | 1985 | 2 |
| Rubin, Kenneth Allen | Morgan Lewis & Bockius 9 West 57th Street New York, NY 10019 | 1974 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Rubin, Paul | 770 Lexington Avenue New York, NY 10021 | 3-26-62 | 1 |
| Rubinstein, Michael | 420 East 79th Street Apartment 15D New York, NY 10021 | 3-1-82 | 1 |
| Rudikoff, Joel I. | Jones Day Reavis & Pogue 599 Lexington Avenue New York, NY 10022 | 7-16-90 | 1 |
| Ruessman, Madeleine M. | Leboeuf Lamb Leiby & Macrae 520 Madison Avenue New York, NY 10022 | 12-8-86 | 1 |
| Ruffer, Jr., Richard Alvah | Brown & Wood One World Trade Center New York, NY 10048 | 1991 | 3 |
| Rus, Thomas R. | Olwine Connelly Chase O'Donnell & Weyher 299 Park Avenue New York, NY 10171 | 1987 | 2 |
| Ruskin, Adam Jay | Yerushalmi Shiboleth Yisraeli & Roberts Empire State Building 350 Fifth Avenue, 60th Floor New York, NY 10118 | 8-28-89 | 1 |
| Russell, Geraldine Koeneke | Martin Clearwater & Bell 220 East 42nd Street New York, NY 10017 | 1992 | 2 |
| Russell, Mark John | Russell & Russell, P. C. 225 West 34th Street Suite 816 New York, NY 10122 | 1989 | 3 |
| Russell, Suzanne | Carter Ledyard & Milburn 2 Wall Street New York, NY 10005 | 12-7-87 | 1 |
| Rustow, Timothy David | 124 West 60th Street #21J New York, NY 10023 | 8-10-92 | 1 |
| Rutherfurd, James P. | The First Boston Corporation 55 East 52nd Street New York, NY 10055 | 4-12-82 | 1 |
| Rutman, Kenneth E. | National Law Journal 111 8th Avenue New York, NY 10011 | 2-3-86 | 1 |
| Ryan, Richard T. | 8 East 6th Street c/o Irwin Co. New York, NY 10003 | 1951 | 2 |
| Sabbarese, Pasquale V. | Veterans Administration 252 7th Avenue New York, NY 10001 | 1962 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|---------------------|---------------------|-------|
| Sachs, Betti J. | Legal Aid Society 15 Park Row 14th Floor New York, NY 10038 | 1979 | 2 |
| Sacirbey, Muhamed | Security Pacific Merchant Bank 40 East 52nd Street New York, NY 10022 | 1981 | 3 |
| Sackman, Jay Mark | Law Office of Jay Mark Sackman 1133 Broadway New York, NY 10010 | 10-7-74 | 1 |
| Sacks, Laura E. | Phillips Nizer Benjamin Krim & Ballon 40 West 57th Street New York, NY 10019 | 1984 | 2 |
| Saffir, Toby Yassmin | 1 Times Square Suite 1204 New York, NY 10036 | 9-21-92 | 1 |
| Safran, Peter Charles | Sullivan & Cromwell 125 Broad Street New York, NY 10004 | 7-20-92 | 1 |
| Saiewitz, Lawrence M. | 60 East 42nd Street New York, NY 10017 | 6-28-49 | 1 |
| Salem, Linda Catherine | European American Bank 20 Exchange Place Legal Department New York, NY 10015 | 10-1-84 | 1 |
| Salisbury, William Richard | Davis Polk & Wardwell 450 Lexington Avenue New York, NY 10017 | 4-15-85 | 1 |
| Salloway, Aaron | Integrated Resources, Inc. 666 Third Avenue New York, NY 10017 | 10-27-80 | 1 |
| Salvador, Orlando Lapitan | c/o Primitivo R. De Leon 520 Fifth Avenue Suite 3C New York, NY 10036 | 1985 | 3 |
| Salzman, Linda Carrie | 6031 Huxley Avenue Bronx, NY 10471 | 1-13-92 | 3 |
| Samii, Thomas | Shearman & Sterling 153 East 53rd Street New York, NY 10022 | 8-25-86 | 1 |
| Samuels, Amy J. | 180 Riverside Drive Apartment 14J New York, NY 10024 | 1-11-93 | 1 |
| Samuels, David | 853 Broadway #1516 New York, NY 10003 | 5-15-78 | 1 |
| Samuels, Stephen J. | 330 East 79th Street 3D New York, NY 10021 | 1980 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Sanchez, Daniel Evencio | Weil Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153 | 7-22-91 | 1 |
| Sanchez, Edith | Heidell Pittoni Murphy<br>& Bach<br>99 Park Avenue<br>New York, NY 10016 | 1992 | 3 |
| Sanders, Irving | 754 Bronx River Road<br>#B-24<br>Bronxville, NY 10708 | 5-23-83 | 1 |
| Sandler, Robert N. | Reinhart Boerner Van Deuren<br>Norris & Rieselbach<br>One Penn Plaza, Suite 4727<br>New York, NY 10019 | 9-25-84 | 1 |
| Sansone, Ralph J. | NYS Labor Relations Board<br>400 Broome Street<br>New York, NY 10013 | 1980 | 2 |
| Santiago, Susan Ellen | Weil Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153 | 3-26-84 | 1 |
| Santo, Dominick | c/o Mort M. Horowitz<br>233 Broadway<br>New York, NY 10279 | 1982 | 3 |
| Santos, George Paul | Silveri & Santos<br>4250 Broadway<br>Suite 7<br>New York, NY 10033 | 1985 | 2 |
| Sargent, Peter Birch | Jones Day Reavis<br>& Pogue<br>599 Lexington Avenue<br>New York, NY 10022 | 7-7-81 | 1 |
| Sarkela, Margaret A. | American Re-Insurance<br>One Liberty Plaza<br>New York, NY 10006 | 2-25-80 | 1 |
| Sarokin, Rebecca Ann | 207 Camino De Los Marquez<br>#7<br>Santa Fe, NM 87501 | 4-15-85 | 1 |
| Saul, Sonia F. | The Honorable Mary Johnson Lowe<br>U. S. Courthouse<br>40 Centre Street<br>New York, NY 10007 | 1990 | 2 |
| Saunders, Frank R. | Allied Corporation<br>1411 Broadway<br>B-39<br>New York, NY 10018 | 4-25-77 | 1 |
| Saunders, Michael | 230 West 41st Street<br>New York, NY 10036 | 1950 | 2 |
| Saunders, Stephanie M. | Off NY City Council President<br>52 Chambers Street<br>Room 201<br>New York, NY 10007 | 1980 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Savitt, James P. | Paul Weiss Rifkind Wharton & Garrison 1285 Avenue of the Americas New York, NY 10019 | 6-18-84 | 1 |
| Saxe, Andrew Frederick | Olwine Connelly Chase O'Donnell & Wehyher 299 Park Avenue One Hogan Place New York, NY 10171 | 1988 | 2 |
| Saxon, James Martin | 310 East 40th Street New York, NY 10107 | 4-12-71 | 1 |
| Scarles, Nicholas Richard | Price Waterhouse 153 East 53rd Street New York, NY 10022 | 1985 | 1 |
| Schaefer, Jed Stuart William | Cravath Swaine & Moore 825 8th Avenue New York, NY 10019 | 1-13-92 | 1 |
| Schallock, Hans Michael | Schallock & Associates 210 Fifth Avenue Suite 1102 New York, NY 10010 | 1985 | 3 |
| Schaub, Robert Christopher | Hill Belts & Nash One World Trade Center Suite 5215 New York, NY 10048 | 5-4-87 | 1 |
| Schaus, John Hayes | Price Waterhouse 153 East 53rd Street New York, NY 10022 | 1983 | 4 |
| Schechter, Allyn | Emigrant Savings Bank Law Dept., 2nd Floor 5 East 42nd Street New York, NY 10017 | 1981 | 2 |
| Schechter, June | Scheinfeld & Mayer 41 East 42nd Street New York, NY | 1987 | 3 |
| Scheer, Susan Wainer | Law Offices of Susan Wainer Scheer 575 Madison Avenue New York, NY 10022 | 7-9-84 | 1 |
| Schell, Scott N. | Proskauer Rose Goetz & Mendelsohn 300 Park Avenue New York, NY 10022 | 7-6-87 | 1 |
| Scheman, Susan Jill | White & Case 1155 Avenue of the Americas New York, NY 10036 | 3-5-90 | 1 |
| Scher, Mitchel Reid | Grunfeld Desiderio Lebowitz & Silverman Two World Trade Center, Suite 2238 New York, NY 10048 | 1983 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Scher, Steven W. | Anderson Russell Kill & Olick, P. C. 666 Third Avenue New York, NY 10017 | 6-17-85 | 1 |
| Schiebel, James F. | 150 William Street New York, NY 10038 | 1971 | 2 |
| Schild, Maureen | 240 East 35th Street 12F New York, NY 10016 | 5-24-82 | 1 |
| Schimel, David | New York County Health Service 50 West 23rd Street New York, NY | 1981 | 2 |
| Schlichting, William H. | 203 West 80th Street New York, NY 10024 | 2-25-74 | 1 |
| Schlitt, Carol | Anderson Kill Olick & Oshinsky, P. C. 666 Third Avenue New York, NY 10017 | 3-27-89 | 1 |
| Schmidt, Steve | 140 East 46th Street New York, NY 10017 | 1-10-84 | 1 |
| Schneck, Matthew A. | 420 Riverside Drive Apartment 4G New York, NY 10025 | 4-12-82 | 1 |
| Schneider, H. Jo | c/o Manufacturers Hanover Trust Company 270 Park Avenue New York, NY 10017 | 4-7-80 | 1 |
| Schneider, Jr., Richard Charles | Cleary Gottlieb Steen & Hamilton One Liberty Plaza New York, NY 10006 | 7-9-84 | 1 |
| Schoen, Cara Susan | Dechert Price & Rhoads 477 Madison Avenue New York, NY 10022 | 8-22-88 | 1 |
| Schoenbach, Marci C. | Chemical Bank 633 3rd Avenue New York, NY 10017 | 7-29-85 | 1 |
| Schoenhaus, Robyn T. | A4 Publications USA, Inc. 41 Madison Avenue 5th Floor New York, NY 10010 | 1992 | 2 |
| Schopfer, John | Kidder Peabody & Co., Incorporated 10 Hanover Square New York, NY 10005 | 4-30-79 | 1 |
| Schorr, Dody | Corporation Counsel's Office 100 Church Street New York NY 10007 | 1980 | 2 |
| Schuchman, Marcy Michelle | American International Group 80 Pine Street 5th Floor New York, NY 10270 | 3-25-91 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Schuder, Jonna | Legal Aid Society 80 Lafayette Fifth Floor New York, NY 10013 | 1982 | 2 |
| Schulman, Bari J. | 226 East 53rd Street Suite 6A New York, NY 10022 | 1977 | 4 |
| Schultz, Judith A. | Goodkind Laboton & Rudoff 122 East 42nd Street Room 728 New York, NY 10168 | 1975 | 2 |
| Schultz, Roger A. | 123 East 54th Street New York, NY 10022 | 1958 | 2 |
| Schunk, Eric H. | 670 Hartford Boulder, CO 80303 | 9-25-89 | 1 |
| Schuttish, Thomas Rex | Zissu Berger Halper & Barron 450 Park Avenue New York, NY 10022 | 1-31-77 | 1 |
| Schutzman, Randy Gail | 310 West 72nd Street New York, NY 10023 | 5-8-89 | 1 |
| Schuyler, III, Charles R. | Weil Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 5-23-88 | 1 |
| Schwalm, John William | UJA-Federation 130 East 59th Street New York, NY 10022 | 1981 | 2 |
| Schwartz, James M. | Merrill Lunch Hubbard, Inc. Two Broadway 23rd Floor New York, NY 10004 | 12-22-69 | 1 |
| Schwartz, Margaret Ann | Edwards & Angell 750 Lexington Avenue 12th Floor New York, NY 10022 | 7-7-86 | 1 |
| Schwartz, Milton | Grant Herrmann Schwartz & Klinger 645 Madison Avenue, 17th Floor New York, NY 10022 | 1956 | 2 |
| Schwarz, Alfred J. | 2700 Terrell Avenue Oceanside, NY 11572 | 1958 | 2 |
| Schweitzer, Richard Alan | 30 East 65th Street New York, NY 10021 | 2-22-71 | 1 |
| Schwimmer, Karen Faye | Stadtmauer & Bailkin 110 East 59th Street New York, NY 10022 | 6-19-89 | 1 |
| Scott, Bruce Steven | 67 Wall Street Suite 2411 New York, NY 10005 | 1992 | 3 |
| Scully, John F. | Dockery Savona & Scully 26 Broadway New York, NY 10004 | 1965 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Scully, Raymond F. | American Telephone & Telegraph Company 195 Broadway, Room 2555 New York, NY 10007 | 1957 | 2 |
| Sears, Keith Floyd | 235 East 22nd Street 16-N New York, NY 10010 | 7-17-89 | 1 |
| Seideman, Abby M. | 45 Old Field Road North Hills, NY 11576 | 2-4-85 | 1 |
| Seiden, Richard P. | Patterson Belknap Webb & Tyler 30 Rockefeller Plaza New York, NY 10112 | 3-14-77 | 1 |
| Seidner, Allison | Anderson Russell Kill & Olick, P. C. 666 Third Avenue New York, NY 10017 | 5-6-85 | 1 |
| Seitz, Susan Versenyi | Olwine Connelly Chase 299 Park Avenue New York, NY 10017 | 5-4-81 | 1 |
| Sellars, Sondra | 201 East 36th Street New York, NY 10016 | 4-14-86 | 1 |
| Sellier, Robin Kaufman | Donovan Leisure Newton & Irvine 30 Rockefeller Plaza New York, NY 10112 | 1982 | 2 |
| Seltzer, Reuben | Merrill Lynch Hubbard, Inc. Two Broadway New York, NY 10004 | 6-21-82 | 1 |
| Selzer, Jennifer M. | Dept. of General Services Division of Real Property 2 Lafayette Street, Room 400 New York, NY 10007 | 7-6-87 | 1 |
| Selzer, Terry A. | Directors Guild of America 110 West 57th Street New York, NY 10019 | 1976 | 2 |
| Senak, Mark Steven | 95 Madison Avenue Suite 1400 New York, NY 10016 | 1982 | 2 |
| Senning, John Lewis | 114 Liberty Street Suite 204 New York, NY 10006 | 1-26-76 | 1 |
| Senter, Michael | Battle Fowler 280 Park Avenue 11th Floor New York, NY 10017 | 5-4-87 | 1 |
| Sergiovanni, Beatrice Ann | KPMG Peat Marwick 345 Park Avenue Mt. Kisco, NY 10549 | 1985 | 2 |
| Serini, Paul Anthony | Mudge Rose Guthrie Alexander & Ferdon 180 Maiden Lane New York, NY 10038 | 6-18-84 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Shafer, Monqiue R. | 405 East 54th Street New York, NY 10022 | 1-11-88 | 1 |
| Shafiroff, Nina A. | Bronx County District Attorney 215 East 161st Street Bronx, NY 10451 | 1979 | 2 |
| Shalev, Michele | 34 West 86th Street New York, NY 10024 | 5-6-91 | 1 |
| Shamis, Jocelyn C. | Burke Horan & Macri 305 Madison Avenue Suite 2231 New York, NY 10165 | 1987 | 2 |
| Shannon, Lisa Horowitz | 165 Christopher Street Apartment 4I New York, NY 10014 | 8-22-83 | 1 |
| Shapiro, Richard Davies | Summit Rovins & Feldesman 445 Park Avenue New York, NY 10021 | 1-14-91 | 1 |
| Sharples, John Edmund | Davis Polk & Wardwell 1 Chase Manhattan Plaza New York, NY 10005 | 3-25-91 | 1 |
| Shaw, Crawford S. | Shaw & Reed 335 Madison Avenue New York, NY 10017 | 7-1-63 | 1 |
| Sheehan, Kenneth E. | Caesar Napoli & White 350 Broadway New York, NY 10013 | 3-5-73 | 1 |
| Sheehan, Patricia A. | Gaston & Snow 666 Fifth Avenue New York, NY 10103 | 7-6-87 | 1 |
| Sheer, Anat | c/o Adrienne Packer 169 East 90th Street New York, NY 10128 | 5-2-83 | 1 |
| Shehan, William R. | 1 Fifth Avenue 26-A New York, NY 10003 | 6-23-58 | 1 |
| Shelton, Adam J. | Salon Marrow & Dyckman 41 East 42nd Street 21st Floor New York, NY 10017 | 12-3-90 | 1 |
| Sherman, Scott Lawrence | 126 East 56th Street New York, NY 10022 | 1980 | 2 |
| Shields, John B. | Bigham Englar Jones & Houston 14 Wall Street New York, NY 10005 | 6-21-50 | 1 |
| Shprintz, Janet Lenore | 219 West 106th Street New York, NY 10025 | 8-23-79 | 1 |
| Shuman, Jeffrey A. | Shuman & Wood-Smith 220 Fifth Avenue Suite 1500 New York, NY 10001 | 2-11-74 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|------|------|------|
| Shurtz, Richard Fischler | c/o Joseph I. Rosenzweig Attorney At Law 150 Nassau Street New York, NY 10038 | 3-26-84 | 1 |
| Sibal, Kapil | Cole & Deitz 40 Wall Street New York, NY 10005 | 11-26-79 | 1 |
| Siegel, Andrew L. | Mead Data Central 200 Park Avenue 17th Floor New York, NY 10166 | 1991 | 2 |
| Silber, Leo | 1841 Broadway, Room 714 New York, NY 10023 | 1953 | 2 |
| Silberberg, Seymour Jack | Nachamie Hendler Spizz & Drogin, P. C. 605 Third Avenue New York, NY 10158 | 3-13-61 | 1 |
| Silfen, Jane Leslie | Silfen & Glasser, P. C. 545 Fifth Avenue Suite 1205 New York, NY 10017 | 8-28-89 | 1 |
| Silove, Jonathan | 40 Beverly Drive Westville, Natal 3630 South Africa, AF | 8-12-91 | 1 |
| Silver, Louis G. | Stroock & Stroock & Lavan 7 Hanover Square New York, NY 10004 | 1987 | 2 |
| Silver, Stephen Michael | Coudert Brothers 1114 Avenue of the Americas New York, NY 10036 | 6-18-90 | 1 |
| Silverman, Jeffrey F. | Shatzkin & Reiss 501 Madison Avenue New York, NY 10022 | 6-5-89 | 1 |
| Silverstein, Laura Anne | White & Case 1155 Avenue of the Americas New York, NY 10036 | 9-24-90 | 1 |
| Silverstone, Paul Harold | 330 West 58th Street New York, NY 10019 | 12-12-58 | 1 |
| Simmons, Malynda S. | The Equicor 195 Broadway Location 8 FE New York, NY 10007 | 12-3-84 | 1 |
| Simon, Craig A. | 340 East 93rd Street Apartment 3L New York, NY 10128 | 1981 | 2 |
| Simon, Theodore Michael | c/o Black Tamber & Goldberg 15 Penn Plaza New York, NY 10017 | 12-13-65 | 1 |
| Simon, William Edward | United States Attorney's Office One St. Andrews Plaza New York, NY 10007 | 1983 | 3 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Simpson, David Baruch | Dow Lohnes & Albertson 437 Madison Avenue New York, NY 10022 | 12-16-63 | 1 |
| Sims-West, James W. | The Legal Aid Society 1020 Grand Concourse Bronx, NY 10451 | 7-29-85 | 1 |
| Sinacore-Guinn, David | 3690 Av Cononiahi Montreal, Quebec, CN H2X 2Y6CN | 5-5-84 | 1 |
| Sindi, Sami Ali | White & Case 1155 Avenue of the Americas New York, NY 10036 | 7-26-93 | 1 |
| Singer, Eric T. | Smith Barney 1345 Avenue of the Americas New York, NY 10105 | 1978 | 3 |
| Singer, Rick H. | Schulte Roth & Zabel 460 Park Avenue New York, NY 10022 | 1979 | 2 |
| Singh, Anita | c/o Jaime M. Recabo 66 Palmer Avenue Suite 44 Bronxville, NY 10708 | 1992 | 2 |
| Siracusa, Vincenzo | c/o Ronald Zezima 150 Nassau Street New York, NY 10038 | 7-7-86 | 1 |
| Siskin, Robin Ellen | Rosenman & Colin 575 Madison Avenue New York, NY 10022 | 12-4-89 | 1 |
| Sit, Debbie Y. H. | Law Office of Jack R. Fisher 4 Park Avenue New York, NY 10016 | 1988 | 2 |
| Skibinsky, Clifford G. | Liddle & Oconnor 80 Pine Street New York, NY 10005 | 1985 | 3 |
| Slipp, Ellen | Special Narcotics Courts 80 Center Street New York, NY 11201 | 2-5-90 | 1 |
| Sloane, Stephen Marc | Sidley & Austin 875 Third Avenue New York, NY 10022 | 3-27-89 | 1 |
| Slossberg, Gayle Siegel | 329 West 89th Street #3 New York, NY 10024 | 2-4-91 | 1 |
| Slotnick, Howard J. | David Halperin, P. C. 32 East 57th Street New York, NY 10022 | 1977 | 2 |
| Small, Michael A. | Breed Abbott & Morgan 153 East 53rd Street New York, NY 10022 | 4-11-77 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Smart, III, Roy Louis | Winthrop Stimson Putnam & Roberts 40 Wall Street New York, NY 10005 | 12-1-80 | 1 |
| Smerling, Robyn Jean | Gordon & Silber, P. C. 99 Park Avenue New York, NY 10016 | 9-28-87 | 1 |
| Smith, Eileen Mary | Citibank, N. A. 330 Madison Avenue New York, NY 10017 | 1987 | 2 |
| Smith, Elizabeth Marie | NYC Law Department 100 Church Street New York, NY 10007 | 1988 | 2 |
| Smith, Howard | 111 East 85th Street Suite 25B New York, NY 10028 | 1958 | 2 |
| Smith, Jr., John Freeman | 515 East 85th Street Apartment 8-G New York, NY 10028 | 8-28-89 | 1 |
| Smith, Lee Orr | State of New York 1515 Broadway New York, NY 10036 | 1981 | 4 |
| Smith, Matthew Adam | GKN Securities Corp. 61 Broadway New York, NY 10006 | 4-15-91 | 1 |
| Smith, Robert E. | 141 East 89th Street New York, NY 10028 | 10-22-79 | 1 |
| Smith, Robert S. | Boggan D. Thom 5 East 57th Street New York, NY 10022 | 7-16-79 | 1 |
| Smith, Stephen E. | Kennedy Enterprises 100 East 42nd Street Suite 1850 New York, NY 10017 | 8-19-85 | 1 |
| Smith, III, Stuart Farwell | 634 West End Anveue Apt. 14D New York, NY 10025 | 4-12-82 | 1 |
| Smith, Jr., Michael J. | Equitable Life Ins. Co. 1285 Avenue of the Americas New York, NY 10019 | 3-26-62 | 1 |
| Smith-Hill, John | Ladas & Parry 10 Columbus Circle New York, NY 10019 | 2-4-80 | 1 |
| Smolowitz, Steven Sol | 1027 N. Edgewood Street Arlington, VA 22201 | 5-7-84 | 1 |
| Sobel, Henry Russell | 127 West 79th Street New York, NY 10024 | 1966 | 2 |
| Sobel, Hillary | Zwerling Schachter & Zwerling 800 Third Avenue, 37th Floor New York, NY 10022 | 3-6-89 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Socolov, Benjamin Carl | The Beach House Restaurant 349 Greenwich Street New York, NY 10013 | 1988 | 2 |
| Sofferman, Mark David | Moore Berson Lifflander Eisenberg & Mewhinney 595 Madison Avenue New York, NY 10012 | 10-3-88 | 1 |
| Sohn, David L. | Legal Department New York Telephone Company 1095 Avenue of the Americas New York, NY 10036 | 1962 | 2 |
| Sohn, Frederick L. | 880 Third Avenue New York, NY 10022 | 12-12-66 | 1 |
| Sokolsky, Herbert R. | Western Electric Co. 222 Broadway New York, NY 10038 | 1959 | 4 |
| Solomon, Jim E. | Harold M. Weiner, P. C. 415 Madison Avenue New York, NY 10017 | 7-7-86 | 1 |
| Somelofske, Joseph F. | Equitable Life Assurance Socy. 1285 Avenue of the Americas New York, NY 10019 | 1950 | 2 |
| Somma, Donna | Alexander & Alexander Services, Inc. 1211 Avenue of the Americas New York, NY 10036 | 1987 | 3 |
| Sondel, Jeffrey M. | 1377 Lexington Avenue Apt. 3B New York, NY 10028 | 6-16-80 | 1 |
| Soueid, Karim A. | Chadbourne & Parke 30 Rockefeller Plaza 22nd Floor, Room 2232 New York, NY 10112 | 8-28-89 | 1 |
| Sparer, Michael Steven | 25 Eddy Street Waltham, MA 02154 | 2-2-81 | 1 |
| Spasser, Leslie Frances | McDermott Will & Emery 1211 Avenue of the Americas New York, NY 10036 | 5-6-91 | 1 |
| Spears, Keith Malcolm | The First Boston Corp. 55 East 52nd Street 42nd Floor New York, NY 10055 | 3-6-89 | 1 |
| Spencer, Robert Edward | Investors Central Management Corp. 600 Third Avenue New York, NY 10016 | 1967 | 2 |
| Spiegel, Michael Hugh | Curtis Mallet Prevost Colt & Mosle 101 Park Avenue, 35th Floor New York, NY 10178 | 2-3-86 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Spielman, Wendy A. | c/o J. Edward Meyer 230 Park Avenue Suite 2525 New York, NY 10169 | 1991 | 2 |
| Spiessbach, Kathleen F. | 116 Avenue General Eisenhower 1030 Broxelles Bel, BE | 10-31-88 | 1 |
| Spiro, Ellen Leslie | Rubin Baum Levin Constant & Friedman 30 Rockefeller Plaza, 29th Floor New York, NY 10112 | 2-29-88 | 1 |
| Spitzer, Emily | NOW Legal Defense & Education Fund 99 Hudson Street New York, NY 10013 | 2-8-82 | 1 |
| Spizz, Brian M. | c/o Michael Mantell 36 West 44th Street New York, NY 10036 | 5-21-79 | 1 |
| Stack, Joanne Tunney | Price Waterhouse 1251 Avenue of the Americas New York, NY 10020 | 3-13-78 | 1 |
| Stackpole, John E. | Phillips Lythe 437 Madison Avenue New York, NY 10022 | 1986 | 2 |
| Staff, Eric P. | Prep Tax, Inc. 342 Madison Avenue New York, NY | 3-23-92 | 1 |
| Stanton, James Edward | Putney Twombly Hall & Hirson Bar Building 34 West 44th Street New York, NY 10036 | 6-23-59 | 1 |
| Stanton Rossi, Patricia | Manhattan Criminal Court 100 Centre Street New York, NY 10013 | 1985 | 2 |
| Stapleton, Simon Jonathan | Raggio Jaffe & Kayser 10 East 40th Street 43rd Floor New York, NY 10016 | 1988 | 2 |
| Starer, Rhonda S. | Weil, Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 4-11-83 | 1 |
| Stassinopoulos, Nancy N. | NYC Law Department 100 Church Street New York, NY 10007 | 1975 | 2 |
| Stavitsky, Jeffrey Brandon | 34 Kensington Avenue Jersey City, NJ 07304 | 6-21-82 | 1 |
| Steel, Brian Elliot | 180 West End Avenue #15R New York, NY 10023 | 4-15-91 | 1 |
| Steele, Donnalee R. | New York County District Attorney 1 Hogan Place New York, NY | 10-5-81 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Stein, Alan Jay | Commonwealth Associates 733 Third Avenue New York, NY 10017 | 3-14-77 | 1 |
| Stein, Carey M. | Hart Schaffner & Marx 1290 Avenue of the Americas New York, NY 10104 | 1988 | 3 |
| Stein, Jay Robert | District Attorney New York County One Hogan Place New York, NY 10013 | 7-8-75 | 1 |
| Steinberg, Jonathan R. | 10 Mitchell Place New York, NY 10017 | 1983 | 3 |
| Steiner, Ivy Michele | Windels Marx Davies & Ives 156 West 56th Street New York, NY 10019 | 1986 | 2 |
| Steiner, Thomas Daniel | McKinsey & Co. 55 East 52nd Street New York, NY | 3-25-74 | 1 |
| Steingard, Richard Martin | Goldman & Hafetz 60 East 42nd Street #950 New York, NY 10165 | 10-31-88 | 1 |
| Steinhardt, Doris E. | KPMG Peat Marwick 345 Park Avenue New York, NY 10154 | 1980 | 3 |
| Sterling, Gale Kass | Kaplan & Kilsheimer 685 Third Avenue 26th Floor New York, NY 10017 | 4-13-92 | 1 |
| Stern, Dawn N. | Squadron Ellenoff Plesent & Lehrer 551 Fifth Avenue New York, NY | 2-6-89 | 1 |
| Stern, Leonard S. | Sawyer Miller Group 14 East 60th Street New York, NY 10022 | 2-5-90 | 1 |
| Stern, Michelle Rose | Goldman Sachs & Co. 85 Broad Street 22nd Floor New York, NY 10004 | 1989 | 2 |
| Stetter, Roger A. | Mudge Rose Guthrie & Alexander 20 Broad Street New York, NY 10005 | 1978 | 2 |
| Stevens, Stacey Lorin | 320 East 23rd Street Apt. 7D New York, NY 10010 | 5-23-88 | 1 |
| Stifter, Jr., Louis Joseph | 208 West 23rd Street Apt. 507 New York, NY 10011 | 10-8-68 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Stimson, David C. | Rogers Hoge & Hills 90 Park Avenue New York, NY 10016 | 1978 | 3 |
| Stock, David M. | 156 Fifth Avenue Room 1214 New York, NY 10010 | 1979 | 2 |
| Stone, Anne H. | U. S. Dept. of Energy 26 Federal Plaza New York, NY 10007 | 1979 | 2 |
| Stone, Robert | Gold & Wachtel 10 East 53rd Street New York, NY 10022 | 1950 | 2 |
| Stotsenburg, Ralph Alan | 122 East 42nd Street New Tork, NY 10168 | 12-12-66 | 1 |
| Strick, Stephen Samuel | Talmadge & Strick 720 5th Avenue New York, NY 10021 | 10-6-75 | 1 |
| Stuart, John M. | Reid & Priest 40 West 57th Street New York, NY 10019 | 11-26-51 | 1 |
| Stueck, Eileen C. | 573 Camillo Street Sierra Madre, CA 91024 | 6-17-85 | 1 |
| Sturim, Pamela Fran | Schulte Roth & Zabel 900 Third Avenue New York, NY 10022 | 1988 | 2 |
| Sugarman, Gary Steven | Anderson Kill Olick & Oshinsky, P. C. 666 Third Avenue New York, NY 10017 | 1990 | 2 |
| Sugino, Kimeece Oi | Coopers & Lybrand 1251 Avenue of the Americas New York, NY 10020 | 1987 | 2 |
| Suher, Jeffrey L. | 27 S. Goodman Street Apt. 2 Rochester, NY 14607 | 3-22-93 | 1 |
| Suliawan, Gunawan | 219 West 70th Street #5 New York, NY 10023 | 6-16-86 | 1 |
| Sullivan, Gayle A. | NYS Dept of Law Attorney General's Office 120 Broadway, 24th Floor New York, NY 10271 | 1983 | 3 |
| Sullivan, John Damien | Chase Manhattan, NA One Chase Plaza New York, NY | 1993 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Sundberg, Jan L. | ABC Sports, Inc. 1330 Avenue of the Americas New York, NY 10019 | 1979 | 2 |
| Susser, Steven Craig | Davis Polk & Wardwell 450 Lexington Avenue New York, NY 10017 | 1991 | 3 |
| Sweeney, Colleen | Legal Aid Society 80 Lafayette Street New York, NY | 1991 | 2 |
| Sweeney, John P. | Townley & Updike 405 Lexington Avenue New York, NY 10174 | 6-29-53 | 1 |
| Swersky, Clive Russell | Kelley Drye & Warren 101 Park Avenue New York, NY 10178 | 6-4-84 | 1 |
| Tabak, Matthew Steven | Hertel & Bennett 400 Madison Avenue Suite 810 New York, NY 10017 | 9-30-85 | 1 |
| Taffet, Arthur | First American Title Insurance Company of New York 170 Broadway New York, NY 10038 | 1957 | 2 |
| Tai, Jeanne | Sullivan & Cromwell 125 Broad Street New York, NY 10004 | 1990 | 2 |
| Tallan, Martin Barry | Gibson Dunn & Crutcher 200 Park Avenue New York, NY 10166 | 8-22-88 | 1 |
| Tamate, Michiko | 865 Clayton Street San Francisco, CA 94117 | 7-9-84 | 1 |
| Tan, William | 9 Eunice Court Tarrytown, NY 10591 | 1980 | 2 |
| Taran, David A. | 757 Ocean Avenue 107 Santa Monica, CA 90402 | 3-15-83 | 1 |
| Tarplin, Jeffrey F. | Quasha Wessely & Schneider 689 Fifth Avenue New York, NY 10022 | 6-17-85 | 1 |
| Tarshis, Steven Mark | Young Tarshis & Dimiero, P. C. 120 Wall Street New York, NY 10005 | 1972 | 2 |
| Tarter, Stephen P. | Tarter/Stats Realty Corp. 270 Lafayette Street New York, NY 10012 | 1973 | 2 |
| Task, Robert J. | American Cancer Society 90 Park Avenue New York, NY 10016 | 6-18-62 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Tate, Dwayne Michael | Chase Manhattan Bank 2 Chase Manhattan Plaza 5th Floor New York, NY 10081 | 6-14-93 | 1 |
| Tauber, James C. | RCA Columbia Pictures International Video 711 5th Avenue New York, NY 10020 | 3-21-83 | 1 |
| Taubes, Jacqueline Nadine | Weil Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 9-15-80 | 1 |
| Tavs, Cynthia Louise | Winthrop Stimson 40 Wall Street New York, NY 10005 | 5-23-88 | 1 |
| Taylor, Marsha Jane | 444 East 57th Street New York, NY 10022 | 8-27-84 | 1 |
| Taylor, Rudolph B. | Dept. of Parks & Recreation 830 Fifth Avenue New York, NY 10025 | 3-31-75 | 1 |
| Taylor, Sarah Lovell | Nixon, Hargrave, Devans & Doyle 1 Rockefeller Plaza New York, NY 10020 | 6-16-80 | 1 |
| Teague, Daniel Douglas | Healy & Baillie 29 Broadway New York, NY 10006 | 6-28-78 | 1 |
| Tecklin, Stacy Ellen | Columbia Pictures Entertainment, Inc. 711 Fifth Avenue New York, NY 10022 | 7-7-86 | 1 |
| Tegreene, Clarence Timonthy | Cravath Swaine & Moore 825 Eighth Avenue New York, NY 10019 | 1-14-91 | 1 |
| Teicher, Thomas L. | Ombudsman Spofford Juv. Ctr. 1221 Spofford Avenue Bronx, NY 10474 | 1977 | 2 |
| Tenenbaum, Steven | Rogers & Wells 200 Park Avenue New York, NY 10166 | 1980 | 2 |
| Tenney, Arnold Herbert | 950 Third Avenue New York, NY 10022 | 11-30-53 | 1 |
| Tetunic, Charles N. | NYC Law Department 100 Church Street New York, NY 10007 | 3-3-75 | 1 |
| Thaler, Adam S. | Weil Gotshal & Manges 767 5th Avenue New York, NY 10153 | 1988 | 2 |
| Thau, Andrew Lowell | 1139 Amalfi Drive Pacific Palisades, CA 90272 | 6-29-93 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Thoene, Marie-Therese | Cole & Deitz<br>115 Water Street<br>New York, NY 10038 | 1986 | 2 |
| Thomas-Smith, Shirley | 575 Main Street<br>Roosevelt Island, NY 10044 | 9-26-78 | 1 |
| Thompson, Donna Marie | Manhattan District Attorney's Office<br>Special Prosecutions<br>1 Hogan Place, Room 754<br>New York, NY 10013 | 1991 | 2 |
| Thompson, Patricia Moultrie | American Broadcasting Co., Inc.<br>1330 Avenue of the Americas<br>New York, NY 10019 | 4-13-70 | 1 |
| Thompson, Raymond Duane | 309 East 87th Street<br>#5J<br>New York, NY 10128 | 3-6-89 | 1 |
| Thompson, Richard Scott | 66 Madison Avenue<br>5-A<br>New York, NY 10016 | 5-2-88 | 1 |
| Thompson, Scott S. | Sage Gray Todd<br>& Sims<br>2 World Trade Center, 100th Floor<br>New York, NY 10048 | 9-19-83 | 1 |
| Thomsen, Jacqueline Mary | 26 Dyer Avenue<br>Emerson, NJ 07630 | 1-5-93 | 1 |
| Thomson, Edward G. | 1020 Grand Concourse<br>6D<br>Bronx, NY 10451 | 1958 | 3 |
| Thomson, Terry E. | Spengler Carlson Gabar<br>280 Park Avenue<br>New York, NY 10017 | 3-29-76 | 1 |
| Thornton, Jr., Henry James | Cahill Gordon & Reindel<br>80 Pine Street<br>New York, NY 10005 | 1992 | 2 |
| Tirone, Vito Filiberto | 2718 Cruger Avenue<br>Bronx, NY 10467 | 5-2-83 | 1 |
| Tischler, David J. | Haft Tischler & Schlosberg<br>217 Broadway<br>New York, NY 10007 | 1955 | 2 |
| Tito, Christopher John | District Attorney's Office<br>Bronx County<br>215 East 161st Street<br>Bronx, NY 10451 | 1990 | 2 |
| Tobias, Stephen F. | Siff Rosen & Parker<br>233 Broadway<br>28th Floor<br>New York, NY 10279 | 9-28-87 | 1 |
| Todaro, Frank L. | 450 7th Avenue<br>Suite 500<br>New York, NY 10123 | 1971 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Togut, Judith Segal | Togut Segal & Segal One Penn Plaza Suite 1714 New York, NY 10119 | 6-4-84 | 1 |
| Toll, Sharon N. | 501 Fifth Avenue Suite 2203 New York, NY 10017 | 8-3-81 | 1 |
| Toma, J. Douglas | Myerson Cooper Stahl & Zelmanovitz 445 Park Avenue, 12th Floor New York, NY 10022 | 8-6-90 | 1 |
| Tonelson, Emanuel D. | 380 Madison Avenue New York, NY 10017 | 1957 | 2 |
| Tongsir, Ferdi Mustafa | 318 East 62nd Street New York, NY 10021 | 7-25-88 | 1 |
| Tonnessen, Nancy Elizabeth | Dewey Ballantine 1301 Avenue of the Americas Wall Street Plaza New York, NY 10019 | 1986 | 2 |
| Toole, Cecelia A. | NY City Law Department 900 Sheridan Avenue Room 6A-14 Bronx, NY 10451 | 9-2-82 | 1 |
| Toran, Nicole Elise | Kramer Levin Nessen Kamin & Frankel 919 Third Avenue New York, NY 10022 | 1993 | 2 |
| Torres, Juan | Anderson Kill Olick & Oshinsky 666 3rd Avenue New York, NY 10017 | 5-17-93 | 1 |
| Trachtenberg, Mark D. | NYC Dept. of Housing Preservation & Development 100 Gold Street New York, NY 10038 | 1954 | 2 |
| Tracy, Jill Ann | Edwards & Angell 750 Lexington Avenue New York, NY 10022 | 7-26-93 | 1 |
| Tralins, Sheila Harriett | Hawkins Delafield & Wood 67 Wall Street New York, NY 10005 | 1984 | 4 |
| Tranford, Louise Eileen | 303 West 29th Street New York, NY 10001 | 2-28-83 | 1 |
| Travis, Jeremy W. | Deputy Commissioner Legal Matters NYCPD One Police Plaza, Room 1406 New York, NY 10038 | 1983 | 3 |
| Trebing, Al Palaski | Arthur Young & Co. 277 Park Avenue New York, NY 10017 | 1980 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Trent, Paul | 310 East 70th Street New York, NY 10021 | 12-11-61 | 1 |
| Trimble, Phillip R. | 14 Washington Place New York, NY 10003 | 12-13-65 | 1 |
| Triolo, Pamela E. | Citibank NA 425 Park Avenue New York, NY 10041 | 1987 | 2 |
| Trisciuzzi, George S. | Bower & Gardner 110 East 59th Street New York, NY 10022 | 3-25-85 | 1 |
| Tucker, Margaret E. | Minority Task Force on AIDS 505 8th Avenue New York, NY | 1992 | 2 |
| Tuckman, Robert William | 21 Hawthorne Way Hartsdale, NY 10530 | 1-8-70 | 1 |
| Turchin, Martin F. | 405 Lexington Avenue New York, NY 10174 | 1965 | 2 |
| Turk-Borowick, Laurel | District Attorney's Office Bronx County Bronx, NY 10451 | 1981 | 2 |
| Turkowitz, Steven M. | Finley Kumble Wagner 425 Park Avenue New York, NY 10022 | 1973 | 2 |
| Turner, Joseph R. | Community Action For Legal Services 335 Broadway New York, NY 10001 | 1979 | 2 |
| Twombly, John C. | U. S. Aviation Underwriters 1 Seaport Plaza New York, NY 10038 | 3-15-76 | 1 |
| Tyndall, Mark K. | The Legal Aid Society 80 Lafayette Street New York, NY 10013 | 3-23-87 | 1 |
| Ubl, Andrea Jean | 316 Danbury Road Ridgefield, CT 06877 | 4-15-91 | 1 |
| Udolf, Susan Lynn | Baum Stevens & Pittleman 6 East 45th Street Suite 1205 New York, NY 10017 | 1-22-90 | 1 |
| Uhlfelder, Mark Nathan | 3918 Gresham Street #6 San Diego, CA 92109 | 7-12-83 | 1 |
| Ullmann, Adalbert E. | Chicago Title Insurance Co. 233 Broadway New York, NY 10017 | 1962 | 2 |
| Ungar, Bruce B. | Seward & Kissel 88 Pine Street Wall Street Plaza New York, NY 10005 | 1979 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Unger, Neal M. | Wenber Murase & White 400 Park Avenue New York, NY | 1980 | 3 |
| Unger, Seymour M. | 18 East 41st Street New York, NY 10017 | 12-11-61 | 1 |
| Urbano, Georgia May | Lane & Mittendorf 99 Park Avenue New York, NY 10016 | 7-8-75 | 1 |
| Uscatu, Diva Maria | 55 Park Terrace East, #B40 New York, NY 10034 | 12-3-90 | 1 |
| Vagias, James Neil | Screen Actors Guild 1700 Broadway New York, NY 10019 | 5-24-82 | 1 |
| Valdes-Fauli, Teresa M. | Exxon Corporation 1251 Avenue of the Americas New York, NY 10020 | 2-4-80 | 1 |
| Vallee, Jr., William L. | Hawkins, Delafield & Wood 67 Wall Street New York, NY 10005 | 1-13-86 | 1 |
| Valley, Eric S. | Proskauer Rose Goetz & Mendelsohn 300 Park Avenue New York, NY 10022 | 1988 | 2 |
| Vandecastle, Mary Lorene | Irwin & Post PA 575 Madison Avenue New York, NY 10022 | 1986 | 3 |
| Vandernoot, Barbara A. | Arthur Andersen & Co. 1345 Avenue of the Americas New York, NY 10105 | 1988 | 2 |
| Van Haren, Julia Marie | Reid & Priest 40 West 57th Street New York, NY 10019 | 4-13-92 | 1 |
| Varian, Kevin Michael | Edwards & Angell 750 Lexington Avenue New York, NY 10022 | 3-21-88 | 1 |
| Vaz, Juliet | Four Park Avenue New York, NY 10016 | 6-19-78 | 1 |
| Vegliante, Robert Anthony | Home Life Insurance Company 75 Wall Street New York, NY 10005 | 7-11-88 | 1 |
| Venable, Sheila Eileen | 1518 Lincoln Circle #203 McLean, VA 22102 | 9-24-90 | 1 |
| Verga, Ronald J. | 523 West 112th Street New York, NY 10025 | 8-23-79 | 1 |
| Vidal, Billy C.D. | Antonio M. Flores Law Office 2525 Broadway Suite 5 New York, NY 10025 | 1984 | 3 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Virgil, Theodore Carmen | American Cyanamid Company 630 Fifth Avenue New York, NY 10020 | 3-19-58 | 1 |
| Vista, Ariel | Milbank Tweed Hadley & McCloy 1 Chase Manhattan Plaza New York, NY 10005 | 1981 | 2 |
| Viswanathan, Michele | Reid & Priest 40 West 57th Street 27th Floor New York, NY 10019 | 6-19-89 | 1 |
| Vita, Charles Anthony | L B Kaye Assoc. 477 Madison Avenue New York, NY 10022 | 1985 | 2 |
| Wacks, Jerry Ivan | P.O. Box 1068 Cooper Station New York, NY 10276 | 2-9-76 | 1 |
| Wagner, Cindy Kanterman | Matthew Bender & Co., Inc. 11 Penn Plaza New York, NY 10001 | 1984 | 2 |
| Wagner, Laura Oliphant | 43 Charles Street Apt. 3 New York, NY 10014 | 6-1-87 | 1 |
| Wahl, Bradley Evan | Borge & Pitt 20 Exchange Place New York, NY 10005 | 1986 | 2 |
| Wait, Elizabeth Hayden | Cadwalader Wickersham & Taft 100 Maiden Lane New York, NY 10038 | 4-13-87 | 1 |
| Waleck, Morris | 185 West End Avenue Apt. 2M New York, NY 10023 | 12-22-64 | 1 |
| Wales, Jeffrey Martin | Davy & Wales Attorneys & Counselors At Law 330 West 42nd Street, 32nd Floor New York, NY 10036 | 3-29-76 | 1 |
| Walker, Christine M. | Law Department City of New York 100 Church Street New York, NY 10007 | 1976 | 2 |
| Walker, John H. | Brown & Wood One World Trade Center New York, NY 10010 | 12-4-89 | 1 |
| Walker, Rachel Suzanne | c/o Coudert Brothers-Moscow 200 Park Avenue New York, NY 10166 | 8-12-91 | 1 |
| Walker, Robert John | Manufacturers Hanover Trust Company 270 Park Avenue 40th Floor New York, NY 10017 | 5-24-82 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|-------------------|--------------------|-------|
| Wallace, Leonard Francis | Pennsylvania Mutual Fund, Inc. 1414 Avenue of the Americas New York, NY 10019 | 3-7-78 | 1 |
| Wallace, Nancy C. | Demov Morris & Hammerling 40 West 57th Street New York, NY 10019 | 2-2-81 | 1 |
| Walsky, Lance Stephan | Elder & Walsky 565 Fifth Avenue New York, NY 10017 | 1-26-76 | 1 |
| Walters, Gary | Cravath Swaine & Moore 1 Chase Manhattan Plaza New York, NY 10005 | 9-29-86 | 1 |
| Walton, Anthony E. | DC 37 Municipal Employees Legal Service 125 Barclay Street New York, NY 10007 | 1986 | 2 |
| Wang, Elizabeth C. | Marine Midland Bank 140 Broadway 6th Floor New York, NY 10015 | 6-18-84 | 1 |
| Wang, Wallace Wen-Yeu | Sullivan & Cromwell 125 Broad Street New York, NY 10004 | 2-5-90 | 1 |
| Wang, Wan Mee | Townley & Updike 405 Lexington Avenue New York, NY 10144 | 11-30-92 | 1 |
| Ward, Hugh John | Flemming Zulack Williamson 71 Broadway New York, NY 10006 | 1992 | 3 |
| Warfman, Mortimer | 875 Avenue of the Americas Suite 1400 New York, NY 10001 | 1951 | 2 |
| Wasserman, Mark | 347 West 39th Street Apt. 8E New York, NY 10018 | 1990 | 2 |
| Way, Gary D. | Haight Gardner Poor & Havens One State Street Plaza New York, NY 10004 | 8-27-84 | 1 |
| Waznik, Ellen | Coopers & Lybrand 1301 Avenue of the Americas New York, NY 10019 | 1981 | 2 |
| Weaver, Elizabeth Mary | Goddard & Blum 675 Third Avenue New York, NY 10017 | 4-23-90 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Webb, Jr., Robert David | Proskauer Rose Goetz & Mendelsohn 1585 Broadway New York, NY 10036 | 2-5-90 | 1 |
| Weber, Roy P. | 400 West End Avenue New York, NY 10024 | 1969 | 2 |
| Weber, Thomas E. | Borge & Pitt 20 Exchange Place New York, NY 10005 | 1969 | 2 |
| Weeramantry, Lucian G. | Weeramantry & Katz 10 East 40th Street 9th Floor New York, NY 10016 | 1976 | 2 |
| Weinberg, Jean R. | 153A Guinea Hollow Road Tewksbury, NJ 08803 | 3-23-87 | 1 |
| Weinreb, Adam Stuart | Law Office of Ronald Cohen 204 West 20th Street New York, NY 10011 | 1992 | 3 |
| Weinschenker, Marsha | Bower & Gardner 110 East 59th Street New York, NY 10022 | 8-22-83 | 1 |
| Weinstein, Bernard I. | 880 Third Avenue New York, NY 10022 | 1951 | 2 |
| Weinstein, Gary S. | Goldman Sacks & Co. Shearson Lehman Huther 200 Vesey Street New York, NY 10285 | 1983 | 2 |
| Weinstock, Yosef B. | Dorsey & Whitney 250 Park Avenue New York, NY 10022 | 1-11-93 | 1 |
| Weintraub, Jeffrey B. | Tag Associates 75 Rockefeller Plaza 9th Floor New York, NY 10019 | 1982 | 2 |
| Weintraub, Manda K. | Ross & Cohen 655 Third Avenue 27th Floor New York, NY 10017 | 6-3-85 | 1 |
| Weintraub, Robin M. | Reid & Priest 40 West 57th Street New York, NY 10019 | 1988 | 2 |
| Weir, Nova J. | Seward & Kissel Wall Street Plaza New York, NY 10005 | 1-18-82 | 1 |
| Weiser, Laura Jean | 101 West 79th Street Apt. #23B New York, NY 10024 | 12-3-84 | 1 |
| Weisman, Lawrence Ira | c/o Heller Peck & Levy 230 Park Avenue New York, NY 10169 | 12-10-62 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|-------------------|--------------------|-------|
| Weiss, Allan | Bower & Gardner 110 East 59th Street New York, NY 10022 | 1951 | 2 |
| Weiss, Brian | 11 Park Place Suite 1915 New York, NY 10007 | 7-16-79 | 1 |
| Weiss, George Michael | Rubin Baum Levin Constant 645 Fifth Avenue New York, NY 10022 | 12-23-68 | 1 |
| Weiss, Jeffrey Gordon | 215 East 68th Street New York, NY 10021 | 2-5-79 | 1 |
| Weiss, Paul Martin | 49 Hampton Drive Freehold, NJ 07728 | 4-15-91 | 1 |
| Weiss, Russell L. | Norstar Bank of Commerce 56 East 42nd Street New York, NY 10017 | 1957 | 2 |
| Weiss, Suzanne Terry | 2 Horatio Street Apt. 17E New York, NY 10014 | 1-17-83 | 1 |
| Weiss, William L. | Wiener Zuckerbrot & Weiss 260 Madison Avenue New York, NY 10016 | 1956 | 2 |
| Weissmandelbi, Brenda | 325 Broadway New York, NY 10007 | 1981 | 2 |
| Welch, Jonathan Steele | Shearman & Sterling 599 Lexington Avenue New York, NY 10022 | 1989 | 2 |
| Welles, William Bouton | Burke & Burke 529 Fifth Avenue New York, NY 10017 | 3-5-79 | 1 |
| Welsh, Alice Lee | Elle Magazine 1633 Broadway 44th Floor New York, NY 10019 | 1988 | 2 |
| Welsh, Jeffrey Dale | Kirschenbaum & Kirschenbaum, P. C. 200 Garden City Plaza Garden City, NY 11530 | 1982 | 2 |
| Werner, Robert James | Chadbourne & Parke 30 Rockefeller Plaza New York, NY 10112 | 1992 | 2 |
| Werthan, Betsy | Irving Trust Company 1 Wall Street New York, NY 10015 | 2-4-85 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Weston, Bradford V. | Trubin Sillcocks Edelman 375 Park Avenue New York, NY 10022 | 11-26-79 | 1 |
| Whalen, Virginia | Debevoise & Plimpton 875 Third Avenue New York, NY 10022 | 1987 | 2 |
| Wheeler, Deborah L. | Sherman & Sterling 599 Lexington Avenue New York, NY 10022 | 1986 | 2 |
| Wheeler, Paul W. | Hill Rivkins 72 Wall Street New York, NY 10005 | 1980 | 2 |
| Wheeler, Ronald Clare | Weil Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 1985 | 3 |
| White, Robert H. | Dept. of Justice Customs Sect. 26 Federal Plaza New York, NY 10013 | 7-9-73 | 1 |
| Whiteley, Richard P. | Bronx Legal Services 2605 Grand Concourse Bronx, NY 10468 | 1975 | 2 |
| Whittaker, Alfred W. | AT & T Co. 195 Broadway Room 2529 New York, NY 10007 | 3-19-79 | 1 |
| Wieland, James B. | Ober Kaler Grimes & Shriver One Exchange Plaza at 55 Broadway New York, NY 10006 | 1982 | 3 |
| Wiener, Florence | 200 Mercer Street New York, NY 10012 | 4-11-83 | 1 |
| Wiener, Hilton M. | 545 Eighth Avenue Ste. 401 New York, NY 10018 | 1975 | 2 |
| Wietschner, Chaim | Weil Gotshal & Manges 767 Fifth Avenue New York, NY 10153 | 1992 | 2 |
| Wigo, Bruce J. | 7002 Blvd. East #25K Guttenberg, NJ 07093 | 4-9-79 | 1 |
| Wilburn, Christopher Alexander | Reavis & McGrath 345 Park Avenue New York, NY 10022 | 1977 | 2 |
| Wilde, David S. | 370 East 76th Street Apt. B208 New York, NY 10021 | 9-29-86 | 1 |
| Wiley, Margaret Winslow | 1001 Chalk Level Road Durham, NC 27704 | 2-28-83 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Williams, Evelyn A. | 115 West 111th Street New York, NY 10027 | 6-23-59 | 1 |
| Williams, Grace Helene | Smith Barney 40 West 57th Street 19th Floor New York, NY 10019 | 6-14-93 | 1 |
| Williams, Ivana I. | Law Offices of Ridley M. Whitaker 880 3rd Avenue, 13th Floor New York, NY 10022 | 3-2-92 | 1 |
| Williams, Linda Katherine | Kaye Scholer Fierman Hayes & Handler 425 Park Avenue New York, NY 10022 | 5-6-91 | 1 |
| Williams, Margaret Price | 25-35 99th Street East Elmhurst, NY 11369 | 10-10-72 | 1 |
| Williams, Nan Fisher | Revlon, Inc. 767 Fifth Avenue New York, NY 10022 | 7-7-70 | 1 |
| Williams, Roger Emmet | Townley & Updike 405 Lexington Avenue New York, NY 10017 | 1956 | 2 |
| Williams, Susan | Trief & Olk 110 East 59th Street 29th Floor New York, NY 10022 | 1989 | 2 |
| Williams, III, Joseph Bryan | Mobil Oil Corporation 150 East 42nd Street New York, NY 10017 | 12-13-65 | 1 |
| Williams, Archie E. | NYS Dept. of Law 2 World Trade Center New York, NY 10047 | 1978 | 2 |
| Williamson, Keith H. | Reavis & McGrath 345 Park Avenue New York, NY 10154 | 6-20-83 | 1 |
| Wilson, Frederick James | 545 Madison Avenue 13th Floor New York, NY 10022 | 1961 | 2 |
| Wilson, Jr., Clarence B. | 850 Manida Street Bronx, NY 10474 | 3-16-81 | 1 |
| Windfeld-Hansen, Mark | Webster & Sheffield One Rockefeller Plaza New York, NY 10020 | 6-20-83 | 1 |
| Winn, Jacqueline Ann | 6 Essex Drive Bow, NH 03304 | 4-12-82 | 1 |
| Winnick, Pamela Ruth | CARE 660 First Avenue New York, NY 10016 | 2-27-78 | 1 |
| Winokur, Hugh Russell | 3921 Clay Street San Francisco, CA 94118 | 7-23-85 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Winston, Deborah Elizabeth | 43 Boyden Street East Orange, NJ 07017 | 7-25-88 | 1 |
| Wiseman, Ronald I. | G M H C, Inc. 132 West 24th Street Box 274 New York, NY 10011 | 9-26-77 | 1 |
| Wistendahl, Douglass Arthur | 575 Lexington Avenue New York, NY 10022 | 3-31-75 | 1 |
| Wiznitzer, Stephen B. | The Singer Company 30 Rockefeller Plaza New York, NY 10020 | 3-13-78 | 1 |
| Wolf, Diane C. | Schulte Roth & Zabel 900 Third Avenue New York, NY 10022 | 12-8-86 | 1 |
| Wolf, Jeffrey Alan | The Castle Group, Ltd. 375 Park Avenue Suite 1501 New York, NY 10152 | 5-6-91 | 1 |
| Wolf, Mark Steven | Morvillo Abramowitz & Grand, P. C. 530 Fifth Avenue New York, NY 10036 | 8-28-89 | 1 |
| Wolff, Cheryl F. | Rogers & Wells 200 Park Avenue New York, NY 10166 | 3-25-85 | 1 |
| Wolff, John Walter | NYC Financial Information Svcs. Agency 1 Centre Street New York, NY 10007 | 2-22-77 | 1 |
| Wolfman, Eiran | Touche Ross & Co. 1633 Broadway New York, NY | 1986 | 2 |
| Wolk, Valerie N. | 338 West 72nd Street 2F New York, NY 10023 | 7-7-77 | 1 |
| Woods, Jeanne M. | Curtis Mallet Prevost Colt & Mosle 101 Park Avenue, 35th Floor New York, NY 10178 | 1982 | 2 |
| Woods, Joanne | Gelberg & Abrams 711 Third Avenue New York, NY 10017 | 7-9-84 | 1 |
| Woolf, Betsy Fran | 685 West End Avenue New York, NY 10025 | 1978 | 2 |
| Woolverton, III, William Henderson | Alliance Capital Management Corp. 1345 Avenue of the Americas New York, NY 10105 | 10-27-80 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Worden, Virginia Hill | 114 Hobart Avenue<br>Summit, NJ 07901 | 3-1-76 | 1 |
| Wordsworth, A. Benjamin | 82 Wall Street<br>New York, NY 10005 | 1982 | 2 |
| Wright, Carolyn Fiske | US EPA<br>26 Federal Plaza<br>New York, NY 10278 | 1985 | 2 |
| Wright, Martin | 400 Madison Avenue<br>New York, NY 10017 | 1959 | 2 |
| Wright, Scott Andre | New York Telephone Company<br>1095 Avenue of the Americas<br>New York, NY 10036 | 1983 | 2 |
| Wyman, Jeffrey Gray | NTL Incorporated<br>110 East 59th Street<br>Worldwide Plaza<br>New York, NY 10022 | 1-11-93 | 1 |
| Yampolsky, Ronni | NYC Dept. of Gen. Sus.,<br>Div. Of Real Property<br>2 Lafayette Street, Room 1802<br>New York, NY 10007 | 1989 | 2 |
| Yassky, Robert Paul | 3658 Borham Blvd.<br>P-320<br>Los Angeles, CA 90068 | 7-9-84 | 1 |
| Yates, Mark G. | Edwards & Antholis<br>989 Avenue of the Americas<br>New York, NY 10018 | 1981 | 3 |
| Yee, Bernard H. | Gold Farrell & Marks<br>41 Madison Avenue<br>New York, NY 10010 | 1990 | 2 |
| Yellin, Judith M. | Weil Gotshal & Manges<br>767 5th Avenue<br>New York, NY 10153 | 1988 | 2 |
| Yetnikoff, Walter R. | CBS<br>51 West 52nd Street<br>New York, NY 10019 | 1956 | 2 |
| Yi, Haywon | Olwine Connelly Chase<br>O'Donnell Weyher<br>299 Park Avenue, 16th Floor<br>New York, NY 10171 | 5-8-89 | 1 |
| Yost, John A. | The Chase Manhattan Bank,<br>N. A.<br>One Chase Manhattan Plaza<br>Legal Department, 25th Floor<br>New York, NY 10081 | 3-18-86 | 1 |
| You, Peter Lem | 70 Bowery<br>Suite 402<br>New York, NY 10013 | 1976 | 2 |
| Young, Collette Roberta | Cravath Swaine & Moore<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 | 6-14-93 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Youtt, Harry E. | Regan Goldfarb Heller 445 Park Avenue New York, NY 10022 | 4-1-68 | 1 |
| Yu, Shaw Wu James | 420 Lexington Avenue Suite 456 New York, NY 10017 | 1984 | 2 |
| Yudenfriend, Judith E. | Office of the Corporation Counsel 100 Church Street New York, NY 10007 | 1985 | 2 |
| Zaklow, Betsy L. | NYC Housing Authority 75 Park Place New York, NY 10007 | 1-13-86 | 1 |
| Zalcman, Amelia A. | Ballatine Books A Division of Random House, Inc. 201 East 50th Street New York, NY 10022 | 1-13-92 | 1 |
| Zapfel, Elaine B. | Sussmane Zapfel & Cohen, P. C. 919 Third Avenue, 9th Floor New York, NY 10022 | 1982 | 4 |
| Zarcos, Raymond John | 120 Haven Avenue #47 New York, NY 10032 | 7-11-88 | 1 |
| Zeeve, A. Harry | Heritage Capital Corp. 250 West 57th Street Suite 1216 New York, NY 10019 | 2-6-89 | 1 |
| Zeichner, Kenneth S. | NYC Rent & Heat Guidelines Board 51 Chambers Street Room 202 New York, NY 10007 | 1985 | 2 |
| Zeldin, Randy Wayne | 7915 Southwest 86th Street Miami, FL 33143 | 6-12-84 | 1 |
| Zelek, Mark E. | Finley Kumble Wagner 425 Park Avenue New York, NY 10022 | 8-22-83 | 1 |
| Zerilli, Peter John | Skadden Arps 919 Third Avenue New York, NY 10022 | 3-26-90 | 1 |
| Zhu, Jia Jonathan | Shearman & Sterling 599 Lexington Avenue New York, NY 10022 | 3-22-93 | 1 |
| Zimmer, Alexander Jaffe | 11 East 44th Street 10th Floor New York, NY 10017 | 3-15-76 | 1 |
| Zimmer, Amy | Klarsfeld Gilman & Margolis 770 Lexington Avenue New York, NY | 2-25-80 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Zimmerman, Jean-Marc | Amster Rothstein & Ebenstein 90 Park Avenue, 21st Floor New York, NY 10016 | 8-27-90 | 1 |
| Zimmerman, Marian Seitz | 4013 Southwestern Blvd. Dallas, TX 75225 | 9-28-87 | 1 |
| Zizmor, Andrew Stuart | Kornish Lieb Weiner & Hellman 1114 Avenue of the Americas New York, NY 10036 | 1988 | 2 |
| Zock, Virginia Maria | Balfour McClaine Futures, Inc. 88 Pine Street Wall Street Plaza New York, NY 10005 | 8-27-84 | 1 |
| Zolan, Alexandra Jobette | Milgrim Thomajan & Lee, P. C. 53 Wall Street New York, NY 10005 | 1989 | 2 |
| Zweibel, Ellen B. | 166 Bank Street, 1E New York, NY 10014 | 1975 | 2 |